People v Flores (2025 NY Slip Op 04734)

People v Flores

2025 NY Slip Op 04734

Decided on August 20, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 20, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
PAUL WOOTEN
CARL J. LANDICINO
JAMES P. MCCORMACK, JJ.

2019-12012
 (Ind. No. 1654/18)

[*1]The People of the State of New York, respondent,
v
Carlos Flores, appellant.

Carlos Flores, Comstock, NY, appellant pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Sarah S. Rabinowitz and Jason R. Richards of counsel), for respondent.
Jan Murphy, Huntington, NY, former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 8, 2021 (People v Flores, 200 AD3d 800), determining an appeal from a judgment of the Supreme Court, Nassau County, rendered October 1, 2019.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
MILLER, J.P., WOOTEN, LANDICINO and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court